■ THE PEOPLE OF THE STATE OF NEW YORK, v BERNARD SAUNDERS.— Assigned counsel's application to be relieved denied. (See *People v Saunders*, 52 AD2d 833.) Appellant's time to perfect the appeal is enlarged to the June 1977 Term of this court as indicated in the order of this court. Concur—Stevens, P. J., Kupferman, Murphy, Lupiano and Birns, JJ.

### (January 20, 1977)

■ LAUREL CANYON, LTD., Formerly Known as LAUREL CANYON PRODUCTIONS, INC., Respondent, v BRUCE SPRINGSTEEN et al., Appellants, et al., Defendant.—Order, Supreme Court, New York County, entered on September 15, 1976, unanimously affirmed for the reasons stated by Fein, J., in the original determination and upon reargument. Respondent shall recover of appellants one bill of $40 costs and disbursements of this appeal. Appeal from order of said court entered on September 16, 1976 unanimously dismissed as academic, without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Birns, Lane and Nunez, JJ.

■ JOHN P. GALIOTO, Appellant, v MICHAEL J. CODD, as Police Commissioner of City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about March 28, 1975, unanimously affirmed for the reasons stated by Fine, J., without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Birns, Lane and Nunez, JJ.

■ ALLIE COLLURA, JR., Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on February 3, 1975, unanimously affirmed for the reasons stated by Silverman, J., without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Birns, Lane and Nunez, JJ.

■ HUXLEY INTERNATIONAL, INC., Respondent-Appellant, v GAF CORPORATION, Appellant-Respondent.—Order, Supreme Court, New York County, entered on January 8, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Birns, Lane and Nunez, JJ.

### (January 25, 1977)

■ In the Matter of ROBERT J. LUIZZI, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 22, 1975, unanimously affirmed on opinion of Markowitz, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Birns, Silverman and Nunez, JJ.